UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:
John Arthur Balko Case No. 25-44235

Debtor.

---

**WITHDRAWAL**

Madison D. Newberg, attorney for debtor, hereby withdraws the following filed August 5, 2026.

1. 08/05/2026 DOCKET # 30 (14 pgs): Modified Chapter 13 Plan and Notice of Confirmation Hearing (re:2 Chapter 13 Plan) filed by John Arthur Balko. Proof of Service. Confirmation hearing scheduled for 10/1/2026 at 01:00 PM. Location: *VIDEOCONFERENCE* with Judge Mychal A. Bruggeman. (Newberg, Madison) (Entered: 08/05/2026)

Dated: August 6, 2026

/e/ MADISON D. NEWBERG #0504467
Attorney for Debtor(s)
6445 Sycamore Court North
Maple Grove, Minnesota 55369
(320) 252-0330
Madison@lifebacklaw.com